**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED FINANCIAL
CASUALTY COMPANY,

      Plaintiff,

v.                                            No. CV 20-867 JAP/CG

DIANA MORALES,
d/b/a ROBERG TRUCKING, et al.,

      Defendants.

### ORDER TO SHOW CAUSE AND FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court *sua sponte*. On January 22, 2002, the Court set a Telephonic Status Conference for Friday, January 22, 2021, at 11:00 a.m. (Doc. 28). Plaintiff did not attend the hearing. **IT IS THEREFORE ORDERED** that Plaintiff shall show cause why it failed to attend the scheduled telephonic status conference by no later than **Wednesday, January 27, 2021**.

**IT IS FURTHER ORDERED THAT** the parties shall confer and submit a Joint Status Report informing the Court of the parties' progress through discovery, and whether the parties are interested in setting a Settlement Conference with the Court with. The Joint Status Report is due **Friday, February 5, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE