IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED FINANCIAL
CASUALTY COMPANY,

    Plaintiff,

v.                                             No. CV 20-867 JAP/CG

3-D OIL FIELD SERVICES &
RENTAL, L.L.C.,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 34), filed January 22, 2021, and Plaintiff's *Response to Order to Show Cause*, (Doc. 35), filed January 22, 2021. The Court ordered Plaintiff's counsel to show cause why she failed to attend a telephonic status conference scheduled for Friday, January 22, 2021. (Doc. 34). The Court further ordered the parties to file a Joint Status Report, which the parties timely filed on February 5, 2021. *Id.*; *see also* (Doc. 41). In her *Response to Order to Show Cause*, Plaintiff's counsel explained she dialed into the conference line, waited on hold for "approximately 15-17 minutes," but was never able to connect to the conference call. (Doc. 35 at 1). The Court finds Plaintiff's counsel's explanation to be satisfactory.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 34), is **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE