**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED FINANCIAL
CASUALTY COMPANY,

      Plaintiff,

v.                                                        No. CV 20-867 JAP/CG

DIANA MORALES,
d/b/a ROBERG TRUCKING, et al.,

      Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Wednesday, May 5, 2021, at 1:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE