IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED FINANCIAL
CASUALTY COMPANY,

      Plaintiff,

v.                                                          No. CV 20-867 JAP/CG

3-D OIL FIELD SERVICES &
RENTAL, L.L.C.,

      Defendants.

## ORDER DISMISSING DEFENDANT WPX ENERGY PERMIAN, LLC WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Dismiss WPX With Prejudice* (the "Motion"), (Doc. 55), filed April 5, 2021. The Court, having read the Motion, noting it is filed jointly, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all of Plaintiff's causes of action against Defendant WPX Energy Permian, LLC, are dismissed with prejudice, with each party bearing their own costs and fees.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE