IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED FINANCIAL
CASUALTY COMPANY,

      Plaintiff,

v.                                                                         No. CV 20-867 JAP/CG

DIANA MORALES,
d/b/a ROBERG TRUCKING, et al.,

      Defendants.

## **ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Unexpired Deadlines* (the "Motion"), (Doc. 63), filed June 1, 2021. In the Motion, the parties explain that they "are working on discovery, depositions and gathering additional information[,]" and that the matter "is not scheduled for trial and thus[] will not affect any trial schedule." *Id.* at 1. As such, the parties request a thirty-day extension of certain dates and deadlines set forth in the Court's *Scheduling Order*, (Doc. 27). (Doc. 63 at 1-2). The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 27), shall be modified as follows:

1. Discovery shall close on **July 1, 2021**;
2. Motions relating to discovery shall be filed with the Court and served on the opposing party by **July 21, 2021**;
3. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **August 2, 2021**.

4. Plaintiff's proposed Pretrial Order to Defendants due by **September 16, 2021**, and Defendants proposed Pretrial Order due to the Court by **September 30, 2021**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 27), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE