**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED FINANCIAL
CASUALTY COMPANY,

      Plaintiff,

v.                                                               No. CV 20-867 RB/CG

DIANA MORALES,
d/b/a ROBERG TRUCKING, et al.,

      Defendants.

## ORDER VACATING ZOOM SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon the Pre-Settlement Status Conference held on September 7, 2021, and review of the record. The Court finds that conducting a settlement conference at the present time would not be fruitful. **IT IS THEREFORE ORDERED** that the previously scheduled Zoom Settlement Conference set for **Tuesday, September 14, 2021, at 9:00 a.m.**, is **VACATED**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE