## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED FINANCIAL
CASUALTY COMPANY,

      Plaintiff,

v.                                                           No. CV 20-867 RB/CG

DIANA MORALES,
d/b/a ROBERG TRUCKING, et al.,

      Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, December 14, 2021, at 10:00 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE