**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED FINANCIAL
CASUALTY COMPANY,

      Plaintiff,

v.                                                                           No. CV 20-867 RB/CG

DIANA MORALES,
d/b/a ROBERG TRUCKING, et al.,

      Defendants.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon the Telephonic Status Conference held on January 26, 2022. **IT IS HEREBY ORDERED** that the parties shall file a joint status report by no later than **Tuesday, March 15, 2022**, informing the Court of (1) the status of the case, (2) the parties readiness to fruitfully participate in a settlement conference, and (3) if the parties are prepared to participate in a settlement conference, proposed dates for such.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE